IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAVEON BRAXTON**
**ADC #171952**                                                                                                          **PLAINTIFF**

v.                         Case No. 4:21-cv-00430-KGB-JTR

**DEXTER PAYNE,** *et al.*                                                                                    **DEFENDANTS**

# ORDER

The Court has reviewed the Recommend Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 26). Plaintiff Traveon Braxton has not filed any objections, and the time to do so has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's findings in all respects (Dkt. No. 26).

Accordingly, the Court grants the motion for summary judgment on exhaustion filed by defendants Dexter Payne, Gary Musselwhite, Michelle Gray, and Sandra Gracy (Dkt. No. 15). Mr. Braxton's complaint is dismissed without prejudice (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying judgment would not be taken in good faith.

It is so ordered this 30th day of August, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge