IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAVEON BRAXTON**
**ADC #171952**                                                                                              **PLAINTIFF**

v.                          Case No. 4:21-cv-00430-KGB-JTR

**DEXTER PAYNE,** *et al.*                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Traveon Braxton's claims are dismissed without prejudice. The relief sought is denied.

So ordered this 30th day of August, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge